First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 3161 7166 1798 22

7166 1798 22

• Sender: Please print your name, address, and ZIP+4® in this box•

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210

FILED
Chris Daniel
District Clerk
OCT 29 2018
10-29-18
Time _____
By _____ Harris County, Texas

United States Postal Service

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CARRINGTON MORTGAGE SERVICES LLC
C/O CORPORATION TRUST COMPANY
1209 NORTH ORANGE ST
WILMINGTON, DE 19801

18-74113-80

9590 9402 3161 7166 1798 39

2. Article Number *(Transfer from service label)*

7017 1450 0001 3700 9324

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery

RECEIVED
OCT 2 2 2018
CT CORPORATION
2018-74113

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 3161 7166 1798 39

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

HARRIS COUNTY DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210

FILED
Chris Daniel
District Clerk

OCT 29 2018

10-29-18

Harris County, Texas

By _____
Deputy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BANK OF NEW YORK MELLON
C/O ITS CEO CHARLES W SCHARF
240 GREENWICH ST
NEW YORK, NY 10286

9590 9402 3161 7166 1798 46

2. Article Number (Transfer from service label)
7017 1450 0001 3700 9317

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Robert Cambich — ☐ Agent ☐ Addressee

B. Received by (Printed Name)
Robert Cambich

C. Date of Delivery
10-23-18

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

2018-74113

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt





First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

CHRIS DANIEL DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210

USPS TRACKING #

9590 9402 3161 7166 1798 46

United States Postal Service

FILED
Chris Daniel
District Clerk
OCT 29 2018
10-29-18
Harris County, Texas

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

BANK OF NEW YORK MELLON (FKA BANK OF NEW YORK TRUSTEE)
240 GREENWICH ST
NEW YORK, NY 10286

9590 9402 3161 7166 1798 15

2. Article Number *(Transfer from service label)*
7017 1450 0001 3700 9348

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Robert Cunningham*
☐ Agent
☐ Addressee

B. Received by (Printed Name)
*Robert Cunningham*

C. Date of Delivery
10-24-18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2018-74113

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
  Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 3161 7166 1798 15

- Sender: Please print your name, address, and ZIP+4® in this box•

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS
CIVIL INTAKE
P.O. BOX 4651
HOUSTON, TEXAS 77210

FILED
Chris Daniel
District Clerk
OCT 29 2018
10-29-18
Harris County, Texas

United States
Postal Service

11/9/2018 1:49 PM
Chris Daniel - District Clerk Harris County
Envelope No. 28931386
By: ALEX CASARES
Filed: 11/9/2018 1:49 PM

## 2018-74113

| | | |
|---|---|---|
| Antwan Henry | § | In the District Court |
| v. | § | 80th Judicial District |
| The Bank of New York Mellon, as trustee, et al. | § | Harris County, Texas |

## ORIGINAL ANSWER

Carrington Mortgage Services, LLC and The Bank of New York Mellon f/k/a The Bank of New York as trustee, (**BoNYM**, with Carrington **defendants**) generally deny the allegations in the original petition filed by Antwan Henry.

### A. Affirmative defenses.

1. Defendants are not liable because Mr. Henry failed to plead a viable cause of action.

2. Defendants are not liable because Mr. Henry failed to perform his obligations.

3. Defendants are not liable because Mr. Henry has unclean hands.

4. Defendants are not liable because of Mr. Henry's fraud or illegality.

5. Defendants are not liable because Mr. Henry waived his rights.

6. Defendants are not liable because Mr. Henry failed to mitigate his damages.

7. Defendants are not liable because Mr. Henry's acts or omissions caused or contributed to his injury. If the trier of fact determines Mr. Henry suffered any compensable damages, defendants hereby invoke chapter 33 of the Texas Civil Practice & Remedies Code and request the trier of fact determine the proportion of responsibility for said damages by Mr. Henry, Carrington, BoNYM and any responsible third-parties, if any, and to grant judgment against defendants, if at all, for only those damages for which they are found proportionately responsible.

8. Defendants are not liable because Mr. Henry relies on representations that must be written and signed by the party to be charged but are not.

9. Defendants are not liable because of a statute of limitations, repose or laches.

10. Defendants are not liable because of estoppel, judicial estoppel, ratification, acquiescence or consent.

11. Defendants are not liable because of the economic loss rule.

12. To the extent Mr. Henry recovers damages, defendants assert they are entitled to offset any benefits he realized as a result of his failure to comply with the terms of the loan.

### B. Request for attorneys' fees and costs.

13. Defendants plead Mr. Henry's claims: (1) are groundless and brought in bad faith or groundless and brought for the purpose of harassment, in violation of Rule 13, (2) are presented for an improper purpose, such as to harass or to cause unnecessary delay and needless increase in the cost of litigation, in violation of section 10.001(1) of the Civil Practice & Remedies Code, (3) are not warranted by existing law or by a non-frivolous argument for the extension, modification or reversal of existing law or the establishment of new law, in violation of section 10.001(2) of the Code, or (4) are without evidentiary support or, after a reasonable opportunity for discovery, likely to have evidentiary support, in violation of section 10.001(3) of the Code. Defendants plead they are entitled to an award of attorneys' fees and costs of court.

### PRAYER

Defendants ask the court to enter judgment Mr. Henry take nothing by this suit, dismiss his claims with prejudice, award defendants their attorneys' fees and costs of suit and other relief to which they may be entitled.

Date: November 9, 2018

Respectfully submitted,

*s/ Walter McInnis*
C. Charles Townsend; SBN: 24028053
Walter McInnis; SBN: 24046394
   --Attorney in charge
Ginny E. Webb, SBN: 24047462
AKERMAN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: 214.720.4300
Facsimile: 214.981.9339
charles.townsend@akerman.com
walter.mcinnis@akerman.com
ginny.webb@akerman.com

**ATTORNEYS FOR CARRINGTON MORTGAGE SERVICES, LLC AND THE BANK OF NEW YORK MELLON, AS TRUSTEE**

## CERTIFICATE OF SERVICE

I certify I served this on November 9, 2018 as follows:

<u>**VIA REGULAR U.S. MAIL AND CERTIFIED MAIL / RRR NO. 9414 7266 9904 2124 3161 85**</u>
Antwan Henry
11939 Canyon Valley Drive
Tomball, Texas 77377
*Pro se plaintiff*

*s/ Walter McInnis*
Walter McInnis

---

11/12/2018 4:48 PM
Chris Daniel - District Clerk Harris County
Envelope No. 28972638
By: ALEX CASARES
Filed: 11/12/2018 4:48 PM

CASE NO. 2018-74113

| | | |
|---|---|---|
| ANTWAN HENRY, | § § § § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § § | |
| v. | § § § | HARRIS COUNTY, TEXAS |
| CARRINGTON MORTGAGE SERVICES, LLC; THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWAABS, INC., ASSET-BACKED CERTIFIATES, SERIES 2006-5; THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-5; AND DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING, LLC, | § § § § § § § § § § § § § § § § § § | |
| *Defendants.* | § | 80TH JUDICIAL DISTRICT |

## DEFENDANT'S ORIGINAL ANSWER AND AFFIRMATIVE DEFENSES

Defendant Ditech Financial LLC f/k/a Green Tree Servicing, LLC ("Ditech"), answers Plaintiff's Original Petition as follows:

### I.
### GENERAL DENIAL

1. In accordance with Texas Rules of Civil Procedure 92, Ditech generally denies all of the claims as alleged by Plaintiff and respectfully prays that Plaintiff be required to prove his claims by a preponderance of the evidence or such higher standard as may be applicable.

### II.
### AFFIRMATIVE DEFENSES

2. Ditech is not liable because Plaintiff failed to plead a viable cause of action.

3. Ditech is not liable because Plaintiff failed to perform his obligations.

4845-9788-0698.1

4. Ditech is not liable because Plaintiff has unclean hands.

5. Ditech is not liable because of Plaintiff's fraud or illegality.

6. Ditech is not liable because Plaintiff waived his rights.

7. Ditech is not liable because Plaintiff failed to mitigate his damages.

8. Ditech is not liable because Plaintiff's acts or omissions caused or contributed to his injury. If the trier of fact determines Plaintiff suffered any compensable damages, Ditech hereby invokes chapter 33 of the Texas Civil Practice and Remedies Code and requests the trier of fact determine the proportion of responsibility for said damages by Plaintiff, Ditech and any other defendants and any responsible third-parties, if any, and to grant judgment against defendants, if at all, for only those damages for which they are found proportionately responsible.

9. Some or all of Plaintiff's claims are barred by the statute of frauds, as he relies on representations that must be written and signed by the party to be charged, but they are not.

10. Ditech is not liable because of a statute of limitations, repose or laches.

11. Ditech is not liable because of estoppel, judicial estoppel, ratification, acquiescence or consent.

12. Some or all of Plaintiff's claims are barred by the economic loss rule.

13. To the extent Plaintiff recovers damages, Ditech asserts that it is entitled to offset any benefits he realized as a result of his failure to comply with the terms of the loan.

14. Some or all of Plaintiff's claims are barred by the parol evidence rule.

15. Some or all of Plaintiff's claims are barred by his prior material breach of the contract at issue.

16. Some or all of Plaintiff's claims are denied for failure to perform all conditions precedent to recovery.

For these reasons, Defendant Ditech Financial LLC prays that Plaintiff take nothing by this suit and for such other and further relief for which it may be entitled.

Respectfully submitted,



By:     */s/ S. David Smith*
S. DAVID SMITH
Texas Bar No. 18682550
sdsmith@bradley.com
MELISSA S. GUTIERREZ
Texas Bar No. 24087648
mgutierrez@bradley.com
600 Travis Street, Suite 4800
Houston, Texas 77002
(713) 576-0300 Telephone
(713) 576-0301 Telecopier
***ATTORNEYS FOR DEFENDANT DITECH FINANCIAL LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of November, 2018, pursuant to the Texas Rules of Civil Procedure, a copy of the above and foregoing was served as follows to the following counsel/parties of record:

*Via C.M.R.R.R.*
Antwan Henry
11939 Canyon Valley Dr.
Tomball, TX 77377-7636
281-995-7735
*Plaintiff Pro Se*

*Via email: charles.townsend@akerman.com; walter.mcinnis@akerman.com*
*ginny.webb@akerman.com*
C. Charles Townsend
Walter McInnis
Ginny E. Webb
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
214-720-4300
214-981-9339 (Fax)
*Attorneys for Carrington Mortgage Services, LLC and*
*The Bank of New York Mellon, As Trustee*

/s/ S. David Smith
S. David Smith

4845-9788-0698.1