United States District Court
Southern District of Texas
**ENTERED**
June 14, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTWAN HENRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-4414 |
| | § | |
| CARRINGTON MORTGAGE SERVICES, LLC; THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-5; and DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING, LLC; | § § § § § § § § § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order granting Carrington Mortgage Service LLC and the Bank of New York Mellon as Trustee for the Certificate Holders of the CWABS, Inc. Asset-Backed Certificates, Series 2006-5's Dismissal Motion and Defendant Ditech Financial LLC's Motion for Judgment on the Pleadings, this action is **DISMISSED WITH PREJUDICE**.

Each party is responsible for its own costs.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 14th day of June, 2019.

                                                                     _____
                                                                                    SIM LAKE
                                                                     UNITED STATES DISTRICT JUDGE